UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
FEB 0 6 2012
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

UNITED STATES OF AMERICA : ORDER FOR RETURN OF

vs. : DEPOSIT FOR BAIL

ELVIN CASTILLO : RECOG. NEW3235
Case No. DNJX210MJ004026
: DNJX211CR000163

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for his appearance before this Court, and that the sum of Twenty thousand dollars ($20,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is, on this 1st day of February, 2012

ORDERED that the sum of Five thousand dollars ($5,000.00) so deposited as aforesaid be returned to Jasmin Flores, 527 Riverside Dr., Elizabeth, N.J. 07208; Five thousand dollars ($5,000.00) to Raynaldo Cuevas, 17 Cedar St., Bloomfield, NJ 07003; Five thousand dollars ($5,000.00) to Francisco Ruiz, 523 Riverside Dr., Elizabeth, N.J. 07208 and the remaining Five thousand dollars ($5,000.00) be returned to Jacqueline Mejia, 320 Pennington St., Elizabeth, N.J. 07201 the sureties of said recognizance.

Jerome B. Simandle, CHIEF JUDGE
UNITED STATES DISTRICT COURT